**GRANTED.**

/s/ Thomas A. Wiseman Jr.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FROST & CO., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:10-cv-00064 |
| v. | ) | JURY DEMAND |
| | ) | |
| PODS ENTERPRISES, INC., as | ) | JUDGE WISEMAN |
| successor in interest to PODS, INC., | ) | |
| | ) | MAGISTRATE JUDGE BRYANT |
| Defendant. | ) | |

## JOINT MOTION TO STAY PROCEEDINGS
## PENDING ARBITRATION

Plaintiff Frost & Co., LLC ("FrostCo") and Defendant PODS Enterprises, Inc. ("PODS"), as successor in interest to PODS, Inc., (collectively, the "Parties") have reached an agreement to arbitrate the claims asserted in the above-styled action. While the Parties' agreement to arbitrate is contingent upon the mutual selection of an arbitrator, the Parties do not anticipate any significant difficulty in reaching an agreement. Indeed, the Parties have already agreed to an arbitrator and are awaiting confirmation regarding his availability. The Parties anticipate that the arbitration will be completed by the fall of 2010. Accordingly, the Parties respectfully request that the Court retain jurisdiction and stay the proceedings in this action until such arbitration has been held and completed.

1